YOUSSOULE H. CAPSUTO, Respondent, *v.* JOHN T. FISHER et al., Appellants.

*Capsuto* v. *Fisher*, 155 App. Div. 894, affirmed.
(Submitted February 5, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 13, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants in the operation of an elevator in their building.

*James I. Cuff* for appellants.

*Moses Feltenstein* and *Samuel Hoffman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.